```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
YONGWEN WU,                                                       :
                                                                  :
                          Plaintiff,                              :
                                                                  :      20-cv-1790 (LJL)
        -v-                                                       :
                                                                  :      ORDER
TELARIA, INC. ET AL,                                              :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      This case has been assigned to the Court due to its relatedness with other matters currently pending before the undersigned.

      Counsel is directed to the Order (Dkt. No. 4) this Court recently issued in 1:20-cv-1011 (Stein v. Telaria, Inc. et al).

      IT IS HEREBY ORDERED that such Order will apply in equal force to this case.

      SO ORDERED.

Dated: March 3, 2020
       New York, New York                          LEWIS J. LIMAN
                                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020